UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERI LYNN DESHAZO, ) | CIVIL NO. C10-5653-JRC |
| ) | |
| Plaintiff, ) | ORDER ON STIPULATION FOR EQUAL |
| ) | ACCESS TO JUSTICE ACT FEES AND |
| vs. ) | EXPENSES |
| ) | |
| MICHAEL J. ASTRUE, Commissioner of the ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. (See also Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, ECF No. 4; Consent to Proceed Before a United States Magistrate Judge, ECF No. 11). This matter is before the Court on the parties' Stipulation for Equal Access to Justice Act Fees and Expenses (see ECF No. 28, Attachment 2).

Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, *et. seq.* (hereinafter "EAJA"), the Stipulation of the parties (ECF No. 28, Attachment 2), and the attorney declaration (ECF No. 28), it is hereby ORDERED that EAJA attorney's fees of $4,341.49, $427.50 for paralegal fees,

ORDER RE EAJA FEES - Page 1
[10-cv-5653 -JRC]

1  and expenses in the amount of $17.80, for a total judgment of $4,786.79, shall be awarded to

2  plaintiff pursuant to the EAJA, in accordance with <u>Astrue v. Ratliff,</u> 130 S.Ct. 2521, 2524, 2010

3  U.S. LEXIS 4763 at \*\*\*6-\*\*\*7 (2010). Plaintiff's EAJA fees and expenses award is subject to any

4  offset allowed pursuant to the Department of the Treasury's Offset Program. <u>See id.</u> If it is

5  determined that plaintiff's EAJA award is not subject to any offset allowed pursuant to the

6  Department of the Treasury's Offset Program, then the check for EAJA fees and expenses shall be

7  made payable to plaintiff and shall be mailed to plaintiff's counsel, Charles Talbot, Esq., at Talbot

8  & Associates, P.S., 5005 Center Street, Suite E, Tacoma, Washington 98409.

9  DATED this 22nd day of November, 2011.

J. Richard Creatura
United States Magistrate Judge